# UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

No. 12-8041

| | |
|---|---|
| In re CCS COMMERCIAL LLC d/b/a CREDIT COLLECTION SERVICES COMMERCIAL, | ) ) ) |
| | ) Case No. 11-C-4473 |
| *Petitioner,* | ) |
| ———————————————— | ) Judge John J. Tharp, Jr. |
| | ) Magistrate Judge Michael T. Mason |
| MELISSA THRASHER-LYON, on behalf of herself and a class similarly situated, | ) ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| vs. | ) |
| | ) |
| CCS COMMERCIAL LLC d/b/a CREDIT COLLECTION SERVICES COMMERCIAL, | ) ) ) |
| | ) |
| *Defendant.* | ) |

———————————————————

## PLAINTIFF-RESPONDENT'S ANSWER TO PETITION FOR LEAVE TO APPEAL PURSUANT TO 28 U.S.C. § 1292(b)

———————————————————

Arthur Loevy
Michael Kanovitz*
Jon Loevy
Anand Swaminathan
Scott Rauscher
LOEVY & LOEVY
312 May Street, Suite 100
Chicago, IL 60607
(312) 243-5900

*Counsel for Plaintiff-Respondent*
*Melissa Thrasher-Lyon*
*Counsel of Record

**CIRCUIT RULE 26.1   DISCLOSURE STATEMENT**

Appellate Court No: 12-8041

Short Caption: In re CCS Commercial LLC

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[   ]    **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1)   The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

Melissa Thrasher-Lyon

(2)   The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Loevy & Loevy

(3)   If the party or amicus is a corporation:

i)   Identify all its parent corporations, if any; and

N/A

ii)   list any publicly held company that owns 10% or more of the party's or amicus' stock:

N/A

Attorney's Signature: /s/ Michael Kanovitz          Date: 11/28/2012

Attorney's Printed Name: Michael Kanovitz

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   Yes  X   No _____

Address: Loevy & Loevy, 312 N. May Street, Suite 100, Chicago, IL 60607

Phone Number: 312-243-5900          Fax Number: 312-243-5902

E-Mail Address: mike@loevy.com

rev. 01/08 AK

**CIRCUIT RULE 26.1  DISCLOSURE STATEMENT**

Appellate Court No: 12-8041

Short Caption: In re CCS Commercial LLC

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R.  App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[   ]    **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH  INFORMATION IS NEW OR REVISED.**

(1)  The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

Melissa Thrasher-Lyon

(2)  The names of all law firms whose partners or associates have appeared for the party in the case (including  proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Loevy & Loevy

(3)  If the party or amicus is a corporation:

i)  Identify all its parent corporations, if any; and

N/A

ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

N/A

Attorney's Signature:  /s/ Arthur Loevy                          Date:  11/28/2012

Attorney's Printed Name:  Arthur Loevy

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   **Yes** _____   **No** ✗

Address:   Loevy & Loevy, 312 N. May Street, Suite 100, Chicago, IL 60607

Phone Number:  312-243-5900                     Fax Number:   312-243-5902

E-Mail Address:  loevylaw@loevy.com

rev. 01/08 AK

## CIRCUIT RULE 26.1  DISCLOSURE STATEMENT

Appellate Court No: __12-8041__

Short Caption: __In re CCS Commercial LLC__

    To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R.  App. P. 26.1.

    The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

**[    ]**      **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH  INFORMATION IS NEW OR REVISED.**

(1)    The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

    Melissa Thrasher-Lyon

(2)    The names of all law firms whose partners or associates have appeared for the party in the case (including  proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

    Loevy & Loevy

(3)    If the party or amicus is a corporation:

    i)  Identify all its parent corporations, if any; and

        N/A

    ii)  list any publicly held company that owns 10% or more of the party's or amicus' stock:

        N/A

Attorney's Signature: __/s/ Jon Loevy__      Date: __11/28/2012__

Attorney's Printed Name: __Jon Loevy__

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).  **Yes** _____    **No** ☒

Address: __Loevy & Loevy, 312 N. May Street, Suite 100, Chicago, IL 60607__

Phone Number: __312-243-5900__      Fax Number: __312-243-5902__

E-Mail Address: __jon@loevy.com__

rev. 01/08 AK

**CIRCUIT RULE 26.1  DISCLOSURE STATEMENT**

Appellate Court No: ___12-8041_____

Short Caption: ___In re CCS Commercial LLC_____

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R.  App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

**[   ]     PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH  INFORMATION IS NEW OR REVISED.**

(1)  The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

___Melissa Thrasher-Lyon_____

_____

_____

(2)  The names of all law firms whose partners or associates have appeared for the party in the case (including  proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

___Loevy & Loevy_____

_____

_____

(3)  If the party or amicus is a corporation:

　　i)  Identify all its parent corporations, if any; and

　　___N/A_____

　　ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

　　___N/A_____

Attorney's Signature: ___/s/ Anand Swaminathan_____     Date: ___11/28/2012_____

Attorney's Printed Name: ___Anand Swaminathan_____

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).    **Yes** _____    **No** __✕__

Address: ___Loevy & Loevy, 312 N. May Street, Suite 100, Chicago, IL 60607_____

_____

Phone Number: ___312-243-5900_____     Fax Number: ___312-243-5902_____

E-Mail Address: ___anand@loevy.com_____

rev. 01/08 AK

**CIRCUIT RULE 26.1  DISCLOSURE STATEMENT**

Appellate Court No: 12-8041

Short Caption: In re CCS Commercial LLC

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

**[  ]      PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH  INFORMATION IS NEW OR REVISED.**

(1)   The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

Melissa Thrasher-Lyon

(2)   The names of all law firms whose partners or associates have appeared for the party in the case (including  proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Loevy & Loevy

(3)   If the party or amicus is a corporation:

  i)  Identify all its parent corporations, if any; and

    N/A

  ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

    N/A

Attorney's Signature:  /s/ Scott R. Rauscher                    Date: 11/28/2012

Attorney's Printed Name:  Scott R. Rauscher

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   **Yes** _____   **No**  ☒

Address:  Loevy & Loevy, 312 N. May Street, Chicago, IL 60607

Phone Number: 312-243-5900               Fax Number:  312-243-5902

E-Mail Address:  scott@loevy.com

rev. 01/08 AK

# <u>TABLE OF CONTENTS</u>

Table of Authorities..........................................................................................i

Response..........................................................................................................1

## <u>TABLE OF AUTHORITIES</u>

28 U.S.C. § 1292(b)...........................................................................1

Fed R. Civ. P. 23(c)(1)(A).................................................................1

RESPONSE

Plaintiff-Respondent Melissa Thrasher-Lyon defers to the District Court's decision in which it expresses a preference to have this Court review its ruling on Defendant-Petitioner CCS Commercial LLC's legal arguments before the parties proceed to class certification. A5-A8. Accordingly, Thrasher-Lyon does not oppose this Court taking interlocutory jurisdiction in response to CCS's petition for leave to appeal pursuant to 28 U.S.C. § 1292(b).

Her acquiescence in the District Court's 1292(b) certification decision is not an admission of any position that CCS has taken or any representation it has made in its Petition. To the contrary, Thrasher-Lyon agrees with the District Court, which has expressed confidence in its opinion despite granting the motion for pre-class certification review. A2-A3, A5.

Further, Thrasher-Lyon respectfully requests that the Court set an expedited schedule for resolving the appeal in the event that it takes jurisdiction, so that the case may reach the class certification stage as expeditiously as is practicable. *See* Fed. R. Civ. P. 23(c)(1)(A).

Dated:  November 28, 2012                    Respectfully Submitted,


  /s/ Michael Kanovitz

Arthur Loevy
Michael Kanovitz
Jon Loevy
Anand Swaminathan
Scott Rauscher
LOEVY & LOEVY
312 May Street, Suite 100
Chicago, IL 60607
(312) 243-5900

CERTIFICATE OF SERVICE

I, Michael Kanovitz, hereby certify that on November 28, 2012, I caused to be filed the foregoing document with the Clerk of the United States Court of Appeals for the Seventh Circuit via the court's CM/ECF System, which caused to be sent notification of such filing via electronic mail to the following parties, and that I caused the foregoing document to be served by electronic mail as well:

David M. Schultz
Joel D. Bertocchi
Clifford E. Yuknis
James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
(312) 704-3000
dschultz@hinshawlaw.com
jbertocchi@hinshawlaw.com
cyuknis@hinshawlaw.com
jvlahakis@hinshawlaw.com


  /s/ Michael Kanovitz